DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAJIV A. GRAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-970

[June 21, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case Nos. 08-5164CF10A, 08-9624CF10A, 08-15543CF10A, 09-6445CF10A.

Rajiv A. Gray, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***